■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALCOLM WALKER, Appellant.—Judgment, Supreme Court, New York County, rendered on June 24, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Fein, J. P., Bloom, Silverman, Ross and Yesawich, JJ.

■ TELLER PAVING AND CONTRACTING CORP., Respondent, v CITY OF NEW YORK, Appellant.—Motion for reargument granted insofar as to republish the memorandum decision filed with the order of this court entered on November 8, 1979 [72 AD2d 694]: Order, Supreme Court, New York County, entered August 3, 1978, reversed, on the law, and defendant-appellant's motion for summary judgment dismissing the complaint granted, without costs. Eight consecutive waivers of claims theretofore existing against defendant-appellant city were executed by plaintiff-respondent "waiving and releasing all claims which it may have against the city * * * arising out of the aforesaid". We construe the word "aforesaid" to refer to the entire contract and not merely to the time extension caused by delay in removal of the existent installation. We observe that the letter on plaintiff's stationery in and by which the claims were waived clearly identified the applicable contract in its heading both by number and job description. Rights already waived cannot be reinstated without consent, not here apparent. (See *Mars Assoc. v City of New York,* 70 AD2d 839; *Novinson & Co. v City of New York,* 72 AD2d 539.) Concur—Bloom, J. P., Lane, Markewich, Lupiano and Ross, JJ.